

**FILED**
Jun 09, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00163-JLT-SKO |
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| RUBEN PAUL CHAVEZ III, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 9, 2022, charging the above defendant with a violation of 18 U.S.C. § 1029(a)(2) – Unauthorized Use of Access Devices (One Count); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///

///

///

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: June 9, 2022                              Respectfully submitted,

                              PHILLIP A. TALBERT
                              United States Attorney

                      By    /s/ Joseph D. Barton
                              JOSEPH D. BARTON
                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  June 9, 2022

                              ERICA P. GROSJEAN
                              U.S. Magistrate Judge