PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RUBEN PAUL CHAVEZ III, <br> Defendant. | Case No. 1:22-cr-00163-JLT-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE:  August 17, 2022 <br> TIME:  1:00 p.m. <br> JUDGE: Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 17, 2022, may be continued until November 2, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.  The parties agree that time under the Speedy Trial Act shall be excluded through November 2, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  August 8, 2022          /s/ Mai Shawwa
                                MAI SHAWWA
                                Counsel for Ruben Chavez

Dated:  August 8, 2022          /s/ Joseph Barton
                                JOSEPH BARTON
                                Assistant United States Attorney

```
1   PHILLIP A. TALBERT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RUBEN PAUL CHAVEZ III, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 17, 2022, is continued until November 2, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through November 2, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/9/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE