PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |
| v. | |
| RUBEN PAUL CHAVEZ III, | DATE: November 2, 2022<br>TIME: 1:00 P.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

The Parties have reached a Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Jennifer L. Thurston on November 10, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for November 2, 2022, can be vacated.

Time under the Speedy Trial Act has already been excluded through November 2, 2022. Mr. Chavez's counsel is unavailable until November 10, 2022. Therefore, the Parties agree that time under the Speedy Trial Act shall be excluded for the additional period of November 3,

2022, through November 10, 2022, in the interests of justice, including but not limited to, the need for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  September 13, 2022  /s/ Mai Shawwa
MAI SHAWWA
Counsel for Ruben Chavez

Dated:  September 13, 2022  /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |
| v. | |
| RUBEN PAUL CHAVEZ III, | DATE: November 2, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on November 10, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The Status Conference that is scheduled for November 2, 2022, is vacated. Time under the Speedy Trial Act has already been excluded through November 2, 2022. The additional period through November 10, 2022, is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/14/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3