MAI SHAWWA, BAR #236683
Attorney at Law
1226 L Street
Bakersfield, CA 93301
Telephone: (661) 432-7577
Facsimile: (661) 742-1898

Attorney for Defendant RUBEN PAUL CHAVEZ III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUBEN PAUL CHAVEZ III,

Defendant.

No. 1:22-CR-00163-JLT-SKO

**MOTION TO TERMINATE CJA APPOINTMENT OF MAI SHAWWA AS ATTORNEY OF RECORD AND [PROPOSED ORDER]**

On June 9, 2022, Defendant Ruben Paul Chavez III was indicted on federal charges. CJA Panel Attorney Mai Shawwa was appointed as trial counsel to represent Mr. Ruben Paul Chavez III on June 24, 2022 in his criminal case. Mr. Chavez was sentenced pursuant to a plea agreement on March 6, 2023. The time for filing a direct appeal was March 20, 2023. No direct appeal was filed. Mr. Chavez was in custody at sentencing to the Bureau of Prisons as directed on March 6, 2023. The trial phase of Mr. Chavez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Chavez, CJA attorney Mai Shawwa now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Chavez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: March 27, 2023

Respectfully submitted,

/s/ *Mai Shawwa*
Mai Shawwa, Attorney for
Defendant, Ruben Paul Chavez III

**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Mai Shawwa has completed the services for which she was appointed, the Court hereby grants attorney Mai Shawwa's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ruben Paul Chavez III at the following address and to update the docket to reflect Defendant's pro se status and contact information.

RUBEN PAUL CHAVEZ III
Booking # 2220283
P.O. Box 872
Fresno, CA 93712

**IT IS SO ORDERED**

Dated: May 15, 2024

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE